# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK KARL JOST,<br><br>　　　　　Petitioner,<br><br>　　　　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | Case No. CV 14-9618 R (MRW)<br><br>JUDGMENT |

　　IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATE: January 30, 2015　　　　　_____
　　　　　　　　　　　　　　　　HON. MANUEL L. REAL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE